UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCOS ANGEL GARCIA, on behalf of himself and : Case No. 12-CV-4910
others similarly situated, : (ERK) (RML)
:
Plaintiff, : **STIPULATION AND**
: **ORDER OF DISMISSAL**
-against- : **WITH PREJUDICE**
:
POMODORO HUGUENOT AVE. INC. d/b/a/ IL :
POMODORO PIZZA & PASTA, IL POMODORO :
PIZZA CAFÉ INC. d/b/a IL POMODORO PIZZA CAFÉ, :
RAMAZAN RAMUSEVIC, and CEMAL RAMUSEVIC, :
:
Defendants. :
---------------------------------------------------------------X

The matter in the above-captioned action having been amicably resolved by and between plaintiff, Marcos Angel Garcia, and defendants Pomodoro Huguenot Ave. Inc., Il Pomodoro Pizza Café Inc., Ramazan Ramusevic, and Cemal Ramusevic, upon negotiated terms, which are incorporated herein by reference, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party. The Court shall retain jurisdiction over this matter solely for purposes of enforcement of the settlement.

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiff

_____
Justin Cilenti, Esq.

Dated: September 16, 2013

**CRAFORD & BRINGSLID, P.C.**
Attorneys for Defendants

_____
Kerri L. Bringslid, Esq.

Dated: September 16, 2013

**So Ordered:**
/s/ ERK
_____
Edward R. Korman, U.S.D.J.

9/18/13

· Dated: September 16, 2013